IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

NICOLE RENEE JACKSON,

    Petitioner,

v.

STATE OF WISCONSIN,
DANE COUNTY SHERIFF OFFICE,

    Respondents.

ORDER

Case No. 25-cv-131-jdp

---

Petitioner Nicole Renee Jackson seeks a writ of habeas corpus pursuant to 28 U.S.C. § 2241. Petitioner has neither paid the $5 filing fee nor requested leave to proceed without prepayment of the filing fee. For this case to move forward, petitioner must pay the $5 filing fee or submit a properly supported motion for leave to proceed without prepayment of the filing fee no later than March 17, 2025. Any motion for leave to proceed without prepayment of the filing fee must include a certified copy of an inmate trust fund account statement (or institutional equivalent) for the six-month period beginning approximately August 21, 2024 through the date of the petition, February 21, 2025.

ORDER

IT IS ORDERED that:

1. Petitioner Nicole Renee Jackson may have until March 17, 2025, to pay the $5 filing fee or submit a properly supported motion for leave to proceed without prepayment of the filing fee.

2. If petitioner does not submit either the $5 payment or a motion for leave to proceed without prepayment before March 17, 2025, I will assume that petitioner wishes to withdraw this petition.

Entered this 24th day of February, 2025.

BY THE COURT:

/s/
ANDREW R. WISEMAN
United States Magistrate Judge